IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MALINDA BARTON,

        Plaintiff,

v.

DAWSON LAW GROUP, PC, an
Oregon Professional Corporation, and
BRYAN DAWSON, individually,

        Defendants.

No. 3:22-cv-01775-HZ

JUDGMENT OF REMAND

Based on the parties' Stipulated Motion to Remand to State Court and the Court's December 2, 2022 Order, this matter is REMANDED to Clackamas County Circuit Court.

IT IS SO ORDERED.

DATED: December 2, 2022

_____
MARCO A. HERNÁNDEZ
United States District Judge

1 - JUDGMENT